# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER HAGER,<br><br>    Plaintiff,<br><br>v.<br><br>MEADI KARR; L.D.C. ENTERPRISES, a General Partnership, and DOES 1 through 10, inclusive<br><br>    Defendants. | Case No.: CV 05-00946 SJO (RNBx)<br><br>**JUDGMENT** |

Having granted the plaintiff's motion for an award of attorney fees, the court orders Defendants MEHDI KARKHANECHIN and L.D.C. ENTERPRISES to pay the plaintiff $15,075.52.

Dated: __January 29, 2009

By: /S/ S. James Otero_____
United States District Judge